UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| MARICO C. THOMAS,<br><br>　　　Plaintiff,<br><br>vs.<br><br>EXIDE TECHNOLOGIES, INC.,<br>A Delaware Corporation,<br><br>　　　Defendant. | No. 2:19-cv-1005<br><br><br>**NOTICE OF REMOVAL** |

Defendant Exide Technologies, Inc., a Delaware Corporation removes this action to the United States District Court for the Northern District of Iowa, Eastern Division, and in support of this removal states:

## I. Introduction

1. On February 6, 2019, Plaintiff Marico Thomas commenced this action in the Iowa District Court in and for Delaware County, Iowa. The case is now pending in the Iowa District Court for Delaware County, captioned as *Marico C. Thomas, Plaintiff, v. Exide Technologies, Inc., Defendant*, case no. LACV008546.

2. A copy of the Original Notice is attached to this Notice of Removal as Exhibit A and by this reference is incorporated herein.

3. A copy of the Petition and Jury Demand is attached to this Notice of Removal as Exhibit B and by this reference is incorporated herein.

1

4. A copy of the Affidavit of Service is attached to this Notice of Removal as Exhibit C and by this reference is incorporated herein.

5. On February 11, 2019, Defendant Exide Technologies, Inc., was served with a copy of the (1) Original Notice; and (2) Petition and Jury Demand. Defendant Exide Technologies has not been served with any other process, pleadings, or orders.

6. There have been no further proceedings in the Iowa District Court for Delaware County in this case.

7. The Plaintiff is believed to be a resident of Iowa.

8. Exide is a Delaware Corporation with its principle place of business in Georgia.

## II. The Court has original jurisdiction of this civil action under 28 U.S.C. § 1332(a).

9. This action is a civil action in which Plaintiff seeks damages for alleged violation of the Iowa Civil Rights Act.

10. This Court has jurisdiction over the case under 28 U.S.C. § 1332(a)(1).

### A. The amount in controversy requirement is satisfied.

11. Plaintiff is expected to seek to recover damages in this case that exceed $75,000, exclusive of costs and interest.

12. In his Petition, Plaintiff seeks damages, including attorney's fees and costs.

13. Consequently, Exide Technologies, Inc. anticipates the value of these remedies will exceed the jurisdictional amount of $75,000.

### B. As between Plaintiff and Exide Technologies, Inc., a Delaware Corporation, there is complete diversity of citizenship.

14. On information and belief, Plaintiff is a citizen of and resides in the state of Iowa.

15. Under 28 U.S.C. § 1332(c)(1), Defendant Exide Technologies, Inc. is a Delaware corporation with its principal place of business in Georgia.

### III. The jurisdictional requirements are established.

16. The Court has original jurisdiction over this case under 28 U.S.C. § 1332(a)(1), and the amount in controversy, exclusive of costs and interest, exceeds the sum of $75,000.

17. Complete diversity of citizenship exists between Plaintiff and Exide Technologies, Inc. This notice is filed with the Court within 30 days after Defendant was served with the Original Notice and Petition.

18. A copy of this notice of removal is being filed in the Iowa District Court for Scott County.

19. This notice of removal is filed by Exide Technologies, Inc., a Delaware Corporation.

THEREFORE, Defendant Exide Technologies, Inc. gives notice that the above-captioned action is removed to this Court from the Iowa District Court for Delaware County.

3

/s/ Frank Harty
NYEMASTER GOODE, P.C.
700 Walnut Street, Suite 1600
Des Moines, Iowa 50309
Telephone: 515-283-3100
Facsimile: 515-283-8045
Email: fharty@nyemaster.com
ATTORNEYS FOR EXIDE
TECHNOLOGIES, INC.

## Certificate of service

I hereby certify that on March 4, 2019, I presented the foregoing document to the Clerk of Court for filing and uploading into the ECF system, which will send notification to the following ECF system participants:

Emilie Roth Richardson
Roth Law Office, P.C.
1400 University Avenue, Suite D
Dubuque, Iowa 52001
Telephone:  563-557-1611
Facsimile:  563-557-9775
Email: eroth@rothlawdbq.com
Email:  whitney@employmentlawiowa.com
ATTORNEYS FOR PLAINTIFF

/s/ Frank Harty